UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEISER HAZIEL CARRANZA JUAREZ, | Case No. 2:26-cv-00667-KES-HBK (HC) |
| Petitioner, | ORDER APPOINTING COUNSEL FOR PETITIONER |
| v. | |
| WARDEN OF CALIFORNIA DETENTION FACILITY, et al., | ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |
| Respondents. | ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT |

Petitioner is an immigration detainee proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court has conducted a preliminary review of the petition and motion for temporary restraining order pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]  In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel for petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

/ / /

/ / /

---

[1]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

IT IS HEREBY ORDERED that:

1.  Counsel is APPOINTED for Petitioner;

2.  Within 7 (seven) days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Victoria Gonzales, Courtroom Deputy for District Judge Kirk E. Sherriff, via email at vgonzales@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the court hereby authorizes him or her to serve as *Pro Hac Vice* CJA counsel for Petitioner for the duration of the proceedings in this court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the court hereby authorizes said counsel's *Pro Hac Vice* admission to practice before this court for the duration of the proceedings, *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.

3.  The Clerk of the Court shall serve a copy of this order and a copy of the petition, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org; and

4.  Within fourteen (14) days of the date of service of this order, counsel for Petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule.

IT IS SO ORDERED.

Dated:   March 23, 2026

_____
UNITED STATES DISTRICT JUDGE

2